AO 442 (Rev. 11/11) Arrest Warrant

/1225298

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jacob Hiles

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00070
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/15/2021
Description: COMPLAINT W/ARREST WARRANT

**FILED**
JAN 2 2 2021
Clerk, U.S. District and
Bankruptcy Courts

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jacob Gavin Hiles
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 1752(a)(2) - Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings

Date:   01/15/2021

*Issuing officer's signature*

Zia M. Faruqui
2021.01.15 16:09:45 -05'00'

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-15-21, and the person was arrested on *(date)* 1-19-21
at *(city and state)* Chesapeake VA

Date:

*Arresting officer's signature*

Special Agent Joshua Mathews
*Printed name and title*